**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PARITY NETWORKS, LLC, | § | |
| | § | CIVIL ACTION NO. 6:16-cv-01306-RWS |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HUAWEI TECHNOLOGIES USA, INC., | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF PARITY NETWORKS, LLC'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Parity Networks, LLC ("Parity" or "Plaintiff"), hereby responds to the counterclaims asserted by Defendant Huawei Technologies USA, Inc. ("Huawei" or "Defendant") as follows. The numbered paragraphs in Parity's Answer below correspond to the like-numbered paragraphs of the Counterclaims. Except as expressly admitted below, Parity denies the allegations and characterizations in Defendant's counterclaims, and in support thereof would show the following:

**ANSWER TO COUNTERCLAIMS**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted that venue is proper in this judicial district.

**COUNT I – DECLARATION OF INVALIDITY OF THE '848 PATENT**

5. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

6. Denied that Parity has put all claims at issue.

7. Denied.

8. Denied.

9. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT II – DECLARATION OF NON-INFRINGEMENT OF THE ’848 PATENT**

10. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

11. Denied that Parity has put all claims at issue.

12. Denied.

13. Denied.

14. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT III – DECLARATION OF INVALIDITY OF THE ’378 PATENT**

15. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

16. Denied that Parity has put all claims at issue.

17. Denied.

18. Denied.

19. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT IV – DECLARATION OF NON-INFRINGEMENT OF THE ’378 PATENT**

20. No new factual allegations are present in this paragraph. Plaintiff incorporates

its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

21. Denied that Parity has put all claims at issue.

22. Denied.

23. Denied.

24. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT V – DECLARATION OF INVALIDITY OF THE ’394 PATENT**

25. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

26. Denied that Parity has put all claims at issue.

27. Denied.

28. Denied.

29. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT VI – DECLARATION OF NON-INFRINGEMENT OF THE ’394 PATENT**

30. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

31. Denied that Parity has put all claims at issue.

32. Denied.

33. Denied.

34. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set

forth herein.

**COUNT VII – DECLARATION OF INVALIDITY OF THE ’958 PATENT**

35. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

36. Denied that Parity has put all claims at issue.

37. Denied.

38. Denied.

39. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT VIII – DECLARATION OF NON-INFRINGEMENT OF THE ’958 PATENT**

40. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

41. Denied that Parity has put all claims at issue.

42. Denied.

43. Denied.

44. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT IX – DECLARATION OF INVALIDITY OF THE ’046 PATENT**

45. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

46. Denied that Parity has put all claims at issue.

47. Denied.

48. Denied.

49. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT X – DECLARATION OF NON-INFRINGEMENT OF THE ’046 PATENT**

50. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

51. Denied that Parity has put all claims at issue.

52. Denied.

53. Denied.

54. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT XI – DECLARATION OF INVALIDITY OF THE ’352 PATENT**

55. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

56. Denied that Parity has put all claims at issue.

57. Denied.

58. Denied.

59. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**COUNT XII – DECLARATION OF NON-INFRINGEMENT OF TH ’352 PATENT**

60. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set

forth herein.

61. Denied that Parity has put all claims at issue.

62. Denied.

63. Denied.

64. No new factual allegations are present in this paragraph. Plaintiff incorporates its responses to the allegations in the preceding paragraphs of the Counterclaims as if fully set forth herein.

**ANSWER TO DEFENDANT'S JURY DEMAND**

Huawei's demand for jury trial does not contain allegations subject to admission or denial by Plaintiff.

**ANSWER TO DEFENDANT'S PRAYER FOR RELIEF**

Parity denies that Defendant is entitled to any of the relief requested in its Counterclaims.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that Defendant take nothing against Plaintiff by reason of its counterclaims against Plaintiff, that Plaintiff be awarded the relief sought in its Complaint, that the Court dismiss Defendant's Counterclaims against Plaintiff in their entirety with prejudice, that Plaintiff be awarded its costs of suit, including attorneys' fees, and that the Court grant such other and further relief as it deems just and proper.

Dated: March 3, 2017

Respectfully submitted,

*/s/ Andrew G. DiNovo*________________
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dpelaw.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dpelaw.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dpelaw.com
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

***COUNSEL FOR PLAINTIFF PARITY NETWORKS, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 3rd of March, 2017.

*/s/ Andrew G. DiNovo*________________
Andrew G. DiNovo